**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **THERESA SMITH** | **CIVIL ACTION** |
| **VERSUS** | |
| **FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN** | **NO. 23-00236-BAJ-EWD** |

## JUDGMENT

Considering the parties' **Final Motion To Dismiss With Prejudice (Doc. 35)**, which the Court construes as a stipulation of dismissal that dismisses the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 29th day of July, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**